Michael D. Stanger (#10406)
Jessica J. Johnston (#14687)
Ellen H. Welch (#18126)
STRONG & HANNI
102 S. 200 E Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
mstanger@strongandhanni.com
jjohnston@strongandhanni.com
ewelch@strongandhanni.com

*Attorneys for Defendant DiscGenics, Inc.*

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| LARA SILVERMAN, PhD and JEFFREY POOLE,<br><br>Plaintiffs,<br><br>vs.<br><br>DISCGENICS, INC.,<br><br>Defendants. | **STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:22-cv-00354-DBP<br><br>Judge Jill Parrish |

Plaintiffs Lara Silverman, PhD and Jeffrey Poole and Defendant Discgenics, Inc., by and through counsel of record, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and DUCivR 41-1(a), hereby stipulate that Plaintiff's Complaint and all claims contained therein against Defendant may be dismissed, with prejudice, all parties to bear their own costs and attorney's fees incurred herein.

DATED this 18th day of December 2023.

STRONG & HANNI

*/s/ Michael D. Stanger*
Michael D. Stanger
*Attorneys for Defendant DiscGenics, Inc.*

DATED this 18th day of December 2023.

CRUMILLER P.C.

*/s/ Julia Elmaleh-Sachs*
Julia Elmaleh-Sachs
Susan K. Crumiller
*Attorneys for Plaintiff*
(signed by filing attorney with permission of Ms. Elmaleh-Sachs)

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th of December 2023, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served by the method indicated below, to the following:

| | |
|---|---|
| Lauren I. Scholnick<br>STRINDBERG SCHOLNICK BIRCH HALLAM<br>HALSTAD THORNE<br>40 South 600 East<br>Salt Lake City, Utah 84106<br>Telephone: 801.359.4169<br>Facsimile: 801.359.4313<br>lauren@utahjobjustice.com<br>*Attorney for Plaintiffs* | (X) Electronic Filing<br>( ) Email<br>( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Julia Elmaleh-Sachs<br>Susan K. Crumiller<br>CRUMILLER P.C.<br>16 Court St., Ste 2500<br>Brooklyn, NY 11241<br>Telephone: 212.390.8480<br>julia@crumiller.com<br>susan@crumiller.com<br>*Attorney for Plaintiffs* | (X) Electronic Filing<br>( ) Email<br>( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

*<u>/s/ Kaylee Haines</u>*