Michael D. Stanger (#10406)
Jessica J. Johnston (#14687)
Ellen H. Welch (#18126)
STRONG & HANNI
102 S. 200 E Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
mstanger@strongandhanni.com
jjohnston@strongandhanni.com
ewelch@strongandhanni.com

*Attorneys for Defendant DiscGenics, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| LARA SILVERMAN, PhD and JEFFREY POOLE,<br><br>Plaintiffs,<br><br>vs.<br><br>DISCGENICS, INC.,<br><br>Defendants. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:22-cv-00354-DBP<br><br>Judge Jill Parrish |

The court having separately received and approved the stipulation of the parties and for good cause shown does now hereby, ORDER, ADJUDGE and DECREE that Plaintiffs' Complaint, along with all claims contained therein, is hereby dismissed with prejudice, all parties to bear their own costs and attorneys' fees incurred herein.

Signed this _____ day of December 2023.

BY THE COURT

______________________________________

Judge Jill Parrish
United States District Judge

**APPROVED AS TO FORM:**

CRUMILLER P.C.

*/s/ Julia Elmaleh-Sachs (with permission)*
Julia Elmaleh-Sachs
Susan K. Crumiller
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th of December 2023, a true and correct copy of the foregoing **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** was served by the method indicated below, to the following:

| | | |
|---|---|---|
| Lauren I. Scholnick<br>STRINDBERG SCHOLNICK BIRCH HALLAM HALSTAD THORNE<br>40 South 600 East<br>Salt Lake City, Utah 84106<br>Telephone: 801.359.4169<br>Facsimile: 801.359.4313<br>lauren@utahjobjustice.com<br>*Attorney for Plaintiffs* | (X)<br>( )<br>( )<br>( )<br>( )<br>( ) | Electronic Filing<br>Email<br>U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Facsimile |
| Julia Elmaleh-Sachs<br>Susan K. Crumiller<br>CRUMILLER P.C.<br>16 Court St., Ste 2500<br>Brooklyn, NY 11241<br>Telephone: 212.390.8480<br>julia@crumiller.com<br>susan@crumiller.com<br>*Attorney for Plaintiffs* | (X)<br>( )<br>( )<br>( )<br>( )<br>( ) | Electronic Filing<br>Email<br>U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Facsimile |

*/s/ Kaylee Haines*